[No. 12319–0–I.   Division One.   May 20, 1985.]

THE MUCKLESHOOT INDIAN TRIBE, *Appellant,* v. THE
CITY OF AUBURN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–17282–4, Liem E. Tuai, J., entered Sep-
tember 10, 1982. *Affirmed* by unpublished opinion per Cor-
bett, C.J., concurred in by Scholfield and Grosse, JJ.

[No. 14496–1–I.   Division One.   May 20, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CLYDE
McKNIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–04283–8, Stephen M. Gaddis, J. Pro
Tem., entered January 27, 1984. *Affirmed* by unpublished
opinion per Ringold, J., concurred in by Scholfield, A.C.J.,
and Webster, J.

[No. 14343–3–I.   Division One.   May 20, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DWAYNE
S. BAILEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–04530–6, Jack Richey, J. Pro Tem.,
entered February 6, 1984. *Affirmed* by unpublished opinion
per Ringold, J., concurred in by Scholfield, A.C.J., and
Webster, J.

[No. 11709–2–I.   Division One.   May 20, 1985.]

SHELDON SALES, INC., ET AL, *Respondents,* v. MELODY
T.V. AND APPLIANCE, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–03286–9, David W. Soukup, J., entered
April 7, 1982. *Affirmed* by unpublished opinion per Wil-
liams, J., concurred in by Ringold and Grosse, JJ.